**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-24-00153-CR**
_____

**RONALD BABINO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 252nd District Court**
**Jefferson County, Texas**
**Trial Cause No. F22-39753**

**MEMORANDUM OPINION**

Ronald Babino filed a notice of appeal in a case that had been dismissed. The Clerk of the Court issued a notice to the parties that our jurisdiction was not apparent from the notice of appeal and warned that the appeal would be dismissed for lack of jurisdiction unless the Court received a response showing grounds for continuing the appeal. In a response, the State explained that there is no justiciable controversy to

resolve in this appeal because the trial court granted the State's motion to dismiss Trial Cause Number F22-39753 after Babino was convicted in another case.[1]

Generally, an appeal may be taken by a defendant in a criminal case only after a final conviction. *See* Tex. R. App. P. 26.2(a) (establishing time for appeal by a defendant after a sentence is imposed in open court or the trial court signs an appealable order). In criminal cases, the courts of appeals have jurisdiction only of appeals authorized by a statute. *See* Tex. Code Crim. Proc. Ann. art. 44.02; *Abbott v. State*, 271 S.W.3d 694, 697 n.8 (Tex. Crim. App. 2008) (A defendant's general right to appeal under Article 44.02 has always been limited to appeal from a final judgment.). Neither of the parties have shown that the trial court has imposed sentence in open court or signed an order that may be appealed at this time. *See* Tex. R. App. P. 26.2(a). Accordingly, we dismiss the appeal for lack of jurisdiction. *See id*. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on May 28, 2024
Opinion Delivered May 29, 2024
Do Not Publish

Before Horton, Johnson and Wright, JJ.

---

[1] On April 25, 2024, Babino filed a notice of appeal from his conviction in Trial Cause Number 23DCCR1062. Upon receiving the notice of appeal, we docketed Appeal Number 09-24-00154-CR. That appeal is unaffected by the dismissal of Appeal Number 09-24-00153-CR.